THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JUSTIN FREEMAN**                                                                   **PLAINTIFF**

**V.**                         **CASE NO. 5:23-CV-5065**

**LYNN WHITTLE**                                                                 **DEFENDANT**

## JUDGMENT

Pursuant to the Jury's Verdict in this matter, the Court hereby finds and directs that Plaintiff Justin Freeman is entitled to a judgment on damages against Defendant Lynn Whittle on his excessive use of force claim, false arrest claim, and civil battery claim.

**IT IS ORDERED** that judgment is hereby rendered and awarded to Mr. Freeman against Mr. Whittle in the amount of $68,000.00.

**IT IS SO ORDERED** on the 24th day of July, 2024.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE