IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JUSTIN FREEMAN**                                                                                      **PLAINTIFF**

V.                                       **CASE NO. 5:23-CV-5065**

**LYNN WHITTLE**                                                                                      **DEFENDANT**

## AMENDED JUDGMENT

The Court previous entered Judgment (Doc. 63) in this case on July 24, 2025, in favor of Plaintiff Justin Freeman against Defendant Lynn Whittle in the amount of $68,000.00. **IT IS HEREBY ORDERED** that the Judgment (Doc. 63) is **AMENDED**.

In addition to the amount awarded in the Court's prior Judgment (Doc. 63), and in accordance with this Court's Opinion and Order (Doc. 71) filed February 18, 2025, **IT IS FURTHER ORDERED AND ADJUDGED** that Defendant Whittle reimburse Plaintiff Freeman his reasonable attorney's fees in the total amount of **$60,585.00** and non-taxable costs in the amount of **$3,382.07**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Clerk of Court is directed to tax costs in favor of Plaintiff Freeman against Defendant Whittle in the amount of **$6,386.19**.

**IT IS SO ORDERED AND ADJUDGED** on this 19th day of February, 2025.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE